IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.
PELVIC REPAIR SYSTEMS
PRODUCT LIABILITY LITIGATION           MDL No. 2187

----------------------------------------------------------------

THIS DOCUMENT RELATES TO
ALL CIVIL CASES

PRETRIAL ORDER #128
(Plaintiffs' Emergency Motion to Amend Pretrial Order No. 121
Bard's Request for Oral Argument)

Pending before the court are Plaintiffs' Emergency Motion to Amend Pretrial Order No. 121 (Stipulated Evidence Preservation Protocol for Potential Trial Selection Cases) and for In-Person Hearing and Brief in Support (ECF No. 926), and Defendant C.R. Bard, Inc.'s Request for Oral Argument. (ECF No. 960). The court **GRANTS** the Request for Oral Argument. Accordingly, it is **ORDERED** that a telephonic hearing on said motion shall take place before the undersigned United States Magistrate Judge on **Wednesday, July 9, 2014** at **11:45 a.m.** The court has previously provided the parties instructions on connection to the conference call.

The court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:14-cv-20054. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or

transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

**ENTERED:** July 2, 2014

Cheryl A. Eifert
United States Magistrate Judge