# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

☐ **MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation**

☑ **MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation**

☐ **MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation**

☐ **MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation**

☐ **MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation**

**Civil Action Number (SDWV):** 2:14-cv-20291
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel  ☑ Defense Counsel  ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Moeller | Deborah | A. | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| MO 44009 | dmoeller@shb.com |

**Party Representing:** Sofradim Production SAS

| Originating Case Number: 2:14-cv-20291 | Originating District: Southern District of West Virginia |
|---|---|

**Originating Short-Case Style:** Leary, et al. v. C.R. Bard, Inc., et al.

| Direct Dial Number: 816.559.2127 | Cell Phone Number: 913.424.9751 |
|---|---|
| Secretary Name: Linda Caldwell | Paralegal Name: Casey Kirk |

## LAW FIRM INFORMATION

**Firm Name:** Shook, Hardy & Bacon L.L.P.

**Address:** 2555 Grand Blvd.

| City: Kansas City, MO  64114 | State: MO | Zip: 64108 |
|---|---|---|

| Firm Phone Number: | Firm Fax Number: |
|---|---|
| 816.474.6550 | 816.421.4457 |

Other members of firm involved in this litigation:

July 21, 2014                                 s/ Deborah A. Moeller
Date                                                   Electronic Signature