# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### Notice of Attorney Appearance and Counsel Contact Information Form

Select all that apply:

| | |
|---|---|
| MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation  ☒ | MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair system Products Liability Litigation  ☐ |
| MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair system Products Liability Litigation  ☐ | MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation  ☐ |
| MDL No. 2387 | In Re Coloplast Corp. Pelvic Support systems Products Liability Litigation  ☐ | |

Civil Action Number (SDWV):   2:14-cv-20291
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel    ■ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| North | Richard | B. | Jr. |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 545599 Georgia | richard.north@nelsonmullins.com |

Party Representing:  C. R. Bard, Inc.

| Originating Case Number: 2:14-cv-20291 | Originating District: USDC West Virginia Southern |
|---|---|

Originating Short-Case Style:  Leary, Sandra v. C. R. Bard, Inc., et al.

| Direct Dial Number: (404) 322-6000 | Cell Phone Number: |
|---|---|
| Secretary Name: Judy Bruner | Paralegal Name: Maria Branch Turner |

## LAW FIRM INFORMATION

Firm Name:
Nelson Mullins Riley & Scarborough, LLP

Address:
Atlantic Station, 201 17th Street, NW, Suite 1700

| City: | State: | Zip: |
|---|---|---|
| Atlanta | GA | 30363 |

| Firm Phone Number: | Firm Fax Number: |
|---|---|
| (404) 322-6000 | (404) 322-6050 |

Other members of firm involved in this litigation:
Melissa Foster Bird

| August 11, 2014 | s/   Richard B. North, Jr. |
|---|---|
| Date | Electronic Signature |