UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

## Notice of Attorney Appearance and Counsel Contact Information Form

Select all that apply:

| | |
|---|---|
| MDL No. 2187 \| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation ☒ | MDL No. 2325 \| In Re American Medical Systems, Inc., Pelvic Repair system Products Liability Litigation ☐ |
| MDL No. 2326 \| In Re Boston Scientific Corp. Pelvic Repair system Products Liability Litigation ☐ | MDL No. 2327 \| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation ☐ |
| MDL No. 2387 \| In Re Coloplast Corp. Pelvic Support systems Products Liability Litigation ☐ | |

Civil Action Number (SDWV):   2:14-cv-20291
(To be filed electronically in each member case noted)

Please Print or Type Below

### ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel    ■ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Bird | Melissa | Foster | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 6588 West Virginia | melissa.fosterbird@nelsonmullins.com |

Party Representing:  C. R. Bard, Inc.

| Originating Case Number: 2:14-cv-20291 | Originating District: USDC West Virginia Southern |
|---|---|

Originating Short-Case Style: Leary, Sandra v. C. R. Bard, Inc., et al.

| Direct Dial Number: (304) 526-3503 | Cell Phone Number: |
|---|---|
| Secretary Name: Shelly Estep | Paralegal Name: |

### LAW FIRM INFORMATION

Firm Name:
Nelson Mullins Riley & Scarborough, LLP

Address:
949 Third Avenue, Suite 200

| City: Huntington | State: WV | Zip: 25701 |
|---|---|---|
| Firm Phone Number: (304) 526 3500 | | Firm Fax Number: (304) 526 3599 |

Other members of firm involved in this litigation:
Richard B. North, Jr.

August 29, 2014                                              s/    Melissa Foster-Bird
Date                                                                      Electronic Signature