IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2187

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2187, 2:10-md-2187 [ECF No. 4002], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibits A-C , C. R. Bard, Inc., ("Bard"), and Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities"). The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spelling of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, Medtronic International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic,Inc.

and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-C are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and in the individual cases listed on the attached Exhibits A-C.

                                       ENTER: July 13, 2017

                                       JOSEPH R. GOODWIN
                                       UNITED STATES DISTRICT JUDGE

**EXHIBIT A – SANDERS VIENER GROSSMAN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-04373 | Clause-Hughes, Diana and Steven |
| 2:13-cv-04381 | Irby, Cheryl |
| 2:13-cv-04426 | Hopkins, Phyllis and Basil |
| 2:13-cv-04440 | Losinno, Rita and John |
| 2:13-cv-04496 | Sigala, Diana |
| 2:13-cv-04497 | Snyder, Shari |
| 2:13-cv-04525 | Gray, Bettie |
| 2:13-cv-04526 | Harmell, Bonnie |
| 2:13-cv-04530 | Appleberry, Cincotta and Larry |
| 2:13-cv-05032 | LaBlue, Deborah |
| 2:13-cv-05553 | Clatty, Brenda |
| 2:13-cv-05611 | Hoskins, Joyce and Jerome |
| 2:13-cv-05616 | Holcomb, Suzanne |
| 2:13-cv-05625 | Macias, Annette |
| 2:13-cv-05652 | Schad, Judy |
| 2:13-cv-05664 | Harper, Donna |
| 2:13-cv-05665 | Harris, Peggy |
| 2:13-cv-06253 | Lyons, Patsy |
| 2:13-cv-06270 | Acosta, Dorothy |
| 2:13-cv-06271 | Alcalan, Janice and Frank |
| 2:13-cv-06275 | Harrell, Delfina and Timothy |
| 2:13-cv-06280 | Lane, Connie |
| 2:13-cv-06961 | Moskowitz, Angela |
| 2:13-cv-06968 | Neumann, Arlene |
| 2:13-cv-06984 | Richford, Phyllis |
| 2:13-cv-07533 | Minnicks, Shellie |
| 2:13-cv-07540 | Boone, Rosalee and Abram |
| 2:13-cv-07542 | Hamilton, Janice |
| 2:13-cv-07632 | Piles, Melaney and Dennis |
| 2:13-cv-07708 | Parton, Debra Jean |
| 2:13-cv-08133 | Dewey, Dana |
| 2:13-cv-08136 | Hewitt, Tina |
| 2:13-cv-08137 | Morris, Mildred |
| 2:13-cv-08138 | Nicholas, Nancy |
| 2:13-cv-08150 | McCarthy, Netta |
| 2:13-cv-08170 | Smouse, DeAnna and Daniel |

| | |
|---|---|
| 2:13-cv-08204 | Watham, Carol |
| 2:13-cv-08209 | West, Joanna |
| 2:13-cv-08831 | Anderson-Robbins, Robin and Toney Robbins |
| 2:13-cv-08837 | Robinson, Rachel |
| 2:13-cv-08839 | Rolfes, Teresa |
| 2:13-cv-08849 | Sawyer, Barbara |
| 2:13-cv-08856 | Stewart, Carla |
| 2:13-cv-11357 | Pingry, Joyce |
| 2:13-cv-11361 | Schwarz, Louise |
| 2:13-cv-11365 | Thompson, Chala |
| 2:13-cv-11960 | Gibson, Elsie and Bruce |
| 2:13-cv-11962 | Meszaros, Carol and Frank |
| 2:13-cv-11970 | Reedy, Emily and Eric |
| 2:13-cv-22569 | Auster, Esther and Stanley |
| 2:13-cv-23656 | Smith, Elizabeth |
| 2:13-cv-24293 | Hallead, Sharon and Ron |
| 2:13-cv-24296 | Smothermon, Julie and Darrell |
| 2:13-cv-25887 | Agers, Linda |
| 2:13-cv-25891 | Alessandro, Roberta |
| 2:13-cv-25899 | Terry, O'Felia |
| 2:13-cv-25914 | Day, Debra and Larry |
| 2:13-cv-28192 | Jones, Barbara |
| 2:13-cv-28204 | Cantu, Ofelia and Pete |
| 2:13-cv-28916 | Timothy, Monica |
| 2:13-cv-29559 | Berry, Kathy |
| 2:13-cv-30319 | Davis, Esther |
| 2:13-cv-31007 | Moore, Christie |
| 2:13-cv-31880 | Wendell, Mary Christine |
| 2:13-cv-33798 | Handy, Vicki |
| 2:13-cv-33804 | Smith, Patricia and Richard |
| 2:13-cv-33805 | Sprott, Lorelei |
| 2:14-cv-00809 | Maixner-Colberg, Laura |
| 2:14-cv-00853 | Stuart, Geraldine |
| 2:14-cv-00860 | Waller, Huberta |
| 2:14-cv-00861 | Ward, Dinah |
| 2:14-cv-00862 | West, Sipple Lee |
| 2:14-cv-01042 | Blake, Lori |
| 2:14-cv-01069 | Hernandez, Lucia |
| 2:14-cv-01119 | Stanley, Kerri |
| 2:14-cv-01452 | Denton, Deborah |

| | |
|---|---|
| 2:14-cv-01461 | Kahlig, Joyce |
| 2:14-cv-01480 | Seiler, Cheryl and Thomas |
| 2:14-cv-01751 | Langford, Tamara and Thomas |
| 2:14-cv-01769 | Norman, Tina |
| 2:14-cv-01981 | Wells, Cheryl |
| 2:14-cv-02398 | Wilson, Reita |
| 2:14-cv-02472 | Brown, Leah |
| 2:14-cv-16019 | Miller, Leanna |
| 2:14-cv-20202 | Spencer, Mildred |
| 2:14-cv-20206 | Vergeldt, Corliss and Thomas |
| 2:14-cv-20210 | Bakko, Jean |
| 2:14-cv-20212 | Deltufo, Gail |
| 2:14-cv-20224 | Polson, Tammy |
| 2:14-cv-20225 | Reiss, Mary Jane and Thomas |
| 2:14-cv-20239 | Allison, Renee and Bob |
| 2:14-cv-20247 | Sevigny, Alice |
| 2:14-cv-20267 | Honafius, Shirley |
| 2:14-cv-20268 | Nunez, Nancy and Michael |
| 2:14-cv-20275 | Hirsch, Janelle |
| 2:14-cv-20281 | Niemszyk, Sandra |
| 2:14-cv-20282 | Northrup, Cheryl |
| 2:14-cv-20290 | Johnson, Linda and Morris |
| 2:14-cv-20291 | Leary, Sandra and Charles |
| 2:14-cv-20292 | Mendoza, Cecillia |
| 2:14-cv-22214 | Brisack, Theresa |
| 2:14-cv-22218 | Ethier, Kimberly and Emile |
| 2:14-cv-22580 | Green, Judy |
| 2:14-cv-22587 | Lazorchak, Sally and Raymond |
| 2:14-cv-22591 | Pease, Dena and Robert, Jr. |
| 2:14-cv-22597 | Webber, Willie |

## EXHIBIT B – SOMMERS SCHWARTZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:14-cv-09356 | Pierce, Gloria and Donald |
| 2:14-cv-14358 | Jorgensen, Jeannette and David |
| 2:14-cv-15772 | Johnson, Karen and Bryan |
| 2:14-cv-18404 | Brennan, Eileen |

**EXHIBIT C – WILLIAMS KHERKHER HART BOUNDAS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-14264 | Brum, Joyce and Anthony |
| 2:14-cv-14466 | Crenshaw, Gwendolyn |
| 2:14-cv-14619 | Waldrop, Lorie and Gary |
| 2:14-cv-15894 | Hyden, Glenda |
| 2:14-cv-15897 | Alves, Ligia and Manny |
| 2:14-cv-16170 | Gonzales, Celia and Jesus, Jr. |
| 2:14-cv-16626 | McDonnell, Barbara and Maurice |
| 2:14-cv-16628 | Ponder-Cox, Emily and Norm Cox |
| 2:14-cv-17073 | Alfieri, Videla |
| 2:14-cv-17184 | Desjardin, Lois |
| 2:14-cv-17283 | Luke, Suzanne |
| 2:14-cv-17287 | Lovelace, Margaret |
| 2:14-cv-17484 | Parr, Kimberly and James William |
| 2:14-cv-17872 | Waller, Linda and Samuel |
| 2:14-cv-17937 | Cook, Christina |
| 2:14-cv-17981 | Belcher, Terry and Michael |
| 2:14-cv-17982 | Wright, Pamela |
| 2:14-cv-18260 | Barber, Linda |
| 2:14-cv-18533 | Tabarez, Kathy |
| 2:14-cv-19416 | Shepherd, Cathy and Robert, Sr. |
| 2:14-cv-19827 | Peck, Kay and Jeff Doss |
| 2:14-cv-20061 | Baliles, Jackie |
| 2:14-cv-20068 | Minor, Tami and Gary |

C